Magistrate Judge Strombom

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. MS07-5005-FDB-KLS |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER EXTENDING |
| BRANDIE L. UNASH, ) | DEADLINE |
| D/B/A A FINAL TOUCH SERVICES, ) | |
| ) | |
| Respondent. ) | |

The United States' Motion to Extend Service Deadline is GRANTED. The service deadline is hereby extended to April 23, 2007.

DATED this 27th day of March, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s /Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney

ORDER EXTENDING SERVICE DEADLINE - 1
[MS07-5005-FDB-KLS]

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970