UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   MS07-5005 FDB |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | ORDER OF ENFORCEMENT |
| BRANDIE L. UNASH, ) | OF FOUR INTERNAL REVENUE |
| D/B/A A FINAL TOUCH SERVICES, ) | SERVICE SUMMONSES |
| ) | |
| Respondent. ) | |

WHEREAS, the Court having issued an Order of Reference and Directing the respondent to Show Cause why the Internal Revenue Service summonses served in this case should not be enforced, and the respondent having been served with such Order, and

WHEREAS, no cause having been shown as to why the respondent should not be compelled to testify and produce the records demanded in the Internal Revenue Service summonses served upon her on October 2, 2006.

WHEREFORE, IT IS ORDERED that the respondent shall appear before investigating Revenue Officer John J. Hegi, or any other proper agent, officer, or employee of the Internal Revenue Service not later than 20 workdays following the entry of this Order to testify and produce records as demanded in such summonses.

IT IS FURTHER ORDERED that if the respondent fails to comply with this Order, the respondent can be held in contempt of Court and be subject to imprisonment, fine or both.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this

ORDER OF ENFORCEMENT OF FOUR
INTERNAL REVENUE SERVICE SUMMONSES - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  ORDER by certified mail to the respondent, Brandie L. Unash, at 2002 NW Cascade
2  Street, Camas, Washington 98067, to the United States Attorney, and to the United States
3  Magistrate Judge to whom this matter is assigned.
4     DATED this 23rd day of May, 2007

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

RECOMMENDED for entry this 16th day of May, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

 /s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney

ORDER OF ENFORCEMENT OF FOUR
INTERNAL REVENUE SERVICE SUMMONSES - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970